In the Matter of the Claim of ANNA M. PFLUG, against ROESCH & KLINCK, INC., et al., Respondents. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued March 24, 1931; decided April 7, 1931.)

*John J. Bennett, Jr.,* Attorney-General (*E. C. Aiken* of counsel), for appellant.

*Carlton E. Ladd* and *Alfred W. Andrews* for respondent.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.